dece^d Defend^t in an action of debt of Eighty nine pounds money due to him from the Estate of s^d Iohn Clear for the Forfiture of a bond dat^d 5. Feb^r 1677. with damages &c^a. . . . The Iury . . . found for the plaint. Forfiture of the bond Eighty nine pounds money and costs of Court: Vpon Request of the plaint. hee craving onely his princi-pall: The Court chancered this Forfiture to Forty three pounds thir-teen Shillings in money & costs of Court allow^d thirty Shillings six pence.

Execution issued. 6. Aug° 1679.  [ 596 ]

### CRADDOCK cont^a BALSTON

Thomas Craddock plaint. cont^a Iohn Balston Defend^t in an action of the case for refuseing to pay to the plaint. Seven pound money due unto him for wages for Service done by him in the Ship Adventure whereof s^d Balston was ma^r from London to Boston in New-England the plaint. being Shipped by him. 22^th February last or thereabouts and continued the Voyage to this place untill the time of her delivery here as shalbee made appeare. . . . The Iury . . . found for the plaint. Seven pounds in money and costs of Court allow^d twenty one Shillings two pence

Execution issued 5. aug° 1679.

### GUTTERIDGE cont^a SEXTON

Robert Gutteridge plaint. cont^a Thomas Sexton master of the Ship Indeavour Defend^t according to Attachm^t The plaint. was non-suted in failure of his process mistakeing the Ship's name, putting Indeavour for Elizabeth

### FOY cont^a CLEARE

Iohn Foy plaint. cont^a Iane Cleare Widdow Defend^t in an action of the case for not delivering up unto the plaint. the dwelling house &c^a that Richard Cleare formerly dwel't in which is the plaint^s accord-ing to the order of the County Court held in Boston by Adjournm^t 6th February. 1678. whereby the plaint. is damnified the Summe of one hundred and thirty pounds money or thereabouts. . . . The Iury . . . found for the plaint. possession of the house Sued for and costs of Court allowed Fifty five Shillings.

Execution issued 2^d aug° 1679.